888

No. 01–50. MILSTEAD, ADMINISTRATOR OF THE ESTATE OF MILSTEAD, DECEASED *v.* KIBLER ET AL. C. A. 4th Cir. Certiorari denied. 

No. 01–51. OCHOA *v.* UNITED STATES; and
No. 01–5103. MCINTOSH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 12 Fed. Appx. 222.

No. 01–53. NAGARAJAN *v.* SCHEICK ET AL. C. A. 6th Cir. Certiorari denied. 

No. 01–54. THOMPSON *v.* DUPUIS ET AL. C. A. 5th Cir. Certiorari denied. 

No. 01–55. LOFTIN *v.* LOFTIN. Sup. Ct. Ala. Certiorari denied. 

No. 01–57. WHITESIDES *v.* ALASKA DEPARTMENT OF PUBLIC SAFETY, DIVISION OF MOTOR VEHICLES. Sup. Ct. Alaska. Certiorari denied. 

No. 01–59. SCHRADER ET AL. *v.* BLACKWELL, OHIO SECRETARY OF STATE, ET AL. C. A. 6th Cir. Certiorari denied. ██ 

No. 01–60. SNEAD *v.* METROPOLITAN PROPERTY & CASUALTY INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied. ██ 

No. 01–63. WOODFORD, WARDEN *v.* ODLE. C. A. 9th Cir. Certiorari denied. 

No. 01–65. HEMPFLING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–66. HOWARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–68. HERSCHAFT *v.* NEW YORK CITY CAMPAIGN FINANCE BOARD. C. A. 2d Cir. Certiorari denied. 

No. 01–70. HACK ET AL. *v.* PRESIDENT AND FELLOWS OF YALE COLLEGE ET AL. C. A. 2d Cir. Certiorari denied.